IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

*In re Ex Parte* Application of ZURU, INC.,

                *Applicant,*

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.

ORDER FOR SUBPOENA

25-cv-344-jdp

---

This matter comes before the Court on ZURU, Inc.'s *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), seeking discovery from Kirk Penney in connection with pending legal proceedings in New Zealand.

The Court, having fully considered the Application, and good cause appearing, **HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

ZURU, Inc. is granted leave to issue a subpoena for certain documents and a subpoena for a deposition to Kirk Penney in forms substantially similar to the subpoenas attached as **Exhibit B** and **Exhibit C**, respectively, to the Application.

**IT IS SO ORDERED.**

Entered May 22, 2025.

                              BY THE COURT:

                              /s/ James D. Peterson
                              JAMES D. PETERSON
                              District Judge